**Cary R. Cadonau**, WSBA #38457
crc@brownrask.com
BROWNSTEIN, RASK, et al.
1200 SW Main Building
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE FLOOR COVERING UNION AND INDUSTRY WELFARE TRUST, TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND, TRUSTEES OF THE FLOOR COVERING INDUSTRY JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING FUND, and LINOLEUM, CARPET AND SOFT TILE APPLICATORS LOCAL NO. 1236<br><br>   Plaintiffs<br><br> v.<br><br>FIELD TURF BUILDERS LLC, FEDERAL INSURANCE COMPANY, ATLAS TRACKS, INC. and FIELDTURF USA, INC.<br><br>   Defendants. | Civil No. **C09-5478FDB**<br><br>**DEFAULT ORDER** |

  Defendants Field Turf Builders, LLC, Atlas Tracks, Inc., and Fieldturf USA, Inc. were duly served with the summons and complaint. They have failed to answer Plaintiffs' complaint or otherwise appear within the time allowed by law, and the time therefore has expired.

///

Page 1 – **DEFAULT ORDER**

Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 SW Main Street • Portland, OR 97205-2040
(503) 221-1772 • Fax (503) 221-1074

1   Now, on application of Plaintiffs' attorney, the default of Defendants Field Turf Builders,
2   LLC, Atlas Tracks, Inc., and Fieldturf USA, Inc. is hereby entered according to law.
3   IT IS HEREBY ORDERED this 21st day of September, 2009.

                    s/Pat LeFrois
                    Clerk for Honorable Franklin D. Burgess

PRESENTED BY:
Brownstein, Rask, et al.

/s/ Cary R. Cadonau
Cary R. Cadonau, WSB # 38457
Of Attorneys for Plaintiffs

Page 2 – **DEFAULT ORDER**

Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 SW Main Street • Portland, OR 97205-2040
(503) 221-1772 • Fax (503) 221-1074