UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE FLOOR COVERING UNION AND INDUSTRY WELFARE TRUST, et al., <br><br>Plaintiff, <br><br>vs <br><br>FIELD TURF BUILDERS LLC, et al., <br><br>Defendant. | CV09-5478FDB <br><br><br>MINUTE ORDER |

NOW, on this 4th Day of December, 2009, the Court directs the Clerk to enter the following Minute Order:

Based upon the Stipulation [Dkt. No.14) of parties, the following deadlines are extended to:

FRCP 26f Conference Deadline   1/12/2010

Initial Disclosures Deadline   1/26/2010

Joint Status Report Deadline   2/02/2010

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

   **/s/ Pat LeFrois**
Pat LeFrois
Courtroom Deputy