# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE FLOOR COVERING UNION AND INDUSTRY WELFARE TRUST, et al., <br><br> Plaintiff, <br><br> vs <br><br> FIELD TURF BUILDERS LLC, et al., <br><br> Defendant. | CV09-5478FDB <br><br><br> MINUTE ORDER |

NOW, on this 25th day of January, 2010, the Court directs the Clerk to enter the following Minute Order:

Based upon the request of parties, the following deadlines are extended to:

Initial Disclosures Deadline 2/25/2010

Joint Status Report Deadline 3/04/2010

.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                    **/s/ Pat LeFrois**
                                    Pat LeFrois
                                    Courtroom Deputy